STATE EMPLOYEES' RETIREMENT SYSTEM

v.

PENNSYLVANIANS FOR UNION REFORM

Cross Petition of: Pennsylvania State Education Association, Intervenor

No. 344 MAL 2015

Supreme Court of Pennsylvania.

DECIDED: JANUARY 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of January, 2017, the Petition for Allowance of Appeal is **GRANTED**, the order of the Commonwealth Court is **VACATED**, and the matter is **REMANDED** for proceedings consistent with *Pennsylvania State Education Ass'n v. Dep't of Community and Economic Development*, 148 A.3d 142 (Pa. 2016).

COMMONWEALTH of Pennsylvania, Respondent

v.

Lanier JAMES a/k/a James Lanier, Petitioner

No. 450 EAL 2016

Supreme Court of Pennsylvania.

January 24, 2017,

## ORDER

PER CURIAM

AND NOW, this 24th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.